IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIM. NO. PJM-20-438 |
| JOVAN BELL | : |

...oooOooo...

DEFENDANT'S SENTENCING MEMORANDUM SUPPLEMENT

Mr. Bell, by undersigned counsel, filed his sentencing memorandum under seal on July 22, 2024. See ECF # 43. It is now before the Court, with sentencing scheduled for this Wednesday, July 31, at 2.30 pm. Since that memorandum was filed, several more character letters have been received, which are attached to this supplement. They are from Dennis Marcus Campbell, Spencer Pierre Canel, Andrew Shannon Dixon, Ramin Nadjmabadi, Olufemi Odujinrin, Jhakief O'Neal, Charles Sanders, and Jovon Savage. We ask that these letters also be considered by the Court in formulating an appropriate sentence for Mr. Bell.

Respectfully submitted,

/s/
_____
Robert W. Biddle, Esq.
Nathans & Ripke LLP
120 East Baltimore Street, Suite 1800
Baltimore, Maryland 21202
4l0-783-0272

Dated: July 29, 2024

1

CERTIFICATE OF SERVICE

It is stated on this 29th day of July, 2024, this motion was served by efiling on counsel of record.

/s/
_____
Robert W. Biddle