Dennis Marcus Campbell
Consultant at Ernst & Young
1775 Tysons Blvd
Tyson, VA 22102

The Honorable Peter J. Messitte
Senior United States District Court Judge
Director of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Honorable Judge Peter J. Messitte,

My name is Dennis Marcus Campbell. I am a consultant at an accounting firm called Ernst & Young. Please accept this letter on behalf of Jovan Eric Bell as my personal attestation of his character. Jovan is one of my closest cousins, if not my closest. Since we were kids Jovan has always shown he was a good and loving person. Although I'm older than Jovan, he has always carried himself as someone who wise beyond his years and has always looked out for me if I needed. Whenever I had issues or anything involving other people, he was always there to offer any help and or advice. I look at him as not only my cousin, but also my brother and one of my closest friends.

I've seen Jovan grow and mature so much over the years. He has always shown manners to our elders and other individuals we have encountered. As soon as Jovan was able to work, he always worked heavy hours at his jobs to be able to support and help not only himself but his family. Whether it was Sam's Club, Wise Supermarkets, or his other jobs, Jovan always showed respect, courtesy, reliability. He tries to never take a day off, every day he works on trying to better himself for his family and his daughter. Like I mentioned above, Jovan has always been wiser than his age and has shown extreme maturity from a young age. I saw his maturity hit a whole another level once he had his daughter Lennox. Jovan would rarely come out at all, any conversations we had, he always was thinking about his daughter, what she needed, and how he could provide. I know when he had her, he wasn't ready given the fact it's his first child and he was very young, but he never let that hold him back from being the best father and provider to his daughter. As one of the closest people in my life, Jovan has been around mostly all my friends. They all speak very highly of him and have never had any issues with him.

Jovan isn't perfect, but like most of us he is trying his hardest. Jovan had gotten baptized not too long ago, he wants to set the best example for his daughter and his younger brother who look up to him. I genuinely believe that the incident in question is an isolated occurrence and not reflective of Jovan's true character. I believe that Jovan will emerge from this experience as an even more responsible and law-abiding citizen. I ask that you be as lenient as possible so that Jovan can continue to grow his career and be the great man and father he is for his daughter. I appreciate you taking the time to read this letter regarding Jovan and hope you also see what a great person he is and show sympathy in this matter.

If there is any additional information or documentation that you require, or if you would like to discuss this matter further, please do not hesitate to contact me at the provided contact details. I am more than willing to provide any necessary assistance that may aid the court in reaching a fair and just decision.

Thank you for your time and attention to this matter.

Feel free to reach me by email at dmc199324@yahoo.com or cell at 301-661-1124

The Honorable Peter J. Messitte
Senior United States District Court Judge
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Honorable Judge Peter J. Messitte,

I am writing to provide a character summary for Jovan, whom I have had the pleasure of knowing for over ten years. A friend, and a brother.

During this time, Jovan has consistently demonstrated himself to be an exceptionally reliable and trustworthy individual. He is someone who always follows through on his commitments and can be counted on in any situation. His honesty and integrity are evident in both his personal and professional life. He has made strides that are influential to me, personally. Seeing the steps he has taken to evolve to a man, a business owner, and a father are positives anyone can take from. In addition to his dependability, Jovan is deeply family oriented as mentioned. He places a high value on his relationships with his family, friends and most importantly his daughter Lennox Bell, often going out of his way to support and care for them. His dedication to his loved ones is a testament to his strong moral character and compassionate nature.

Overall, Jovan is a remarkable person whose reliability, trustworthiness, and family values make him an invaluable friend and a respected member of the community, who deserves a second chance as I am confident that Jovan will use it wisely!

Sincerely,

Spencer Canel
Spencer Pierre Canel
Business Account Executive AT&T Business
7125 Columbia Gateway Dr Columbia, MD, 21046

Andrew Shannon Dixon
CAS Officer at Constellis
13530 Dulles Technology Dr Suite 500
Herndon, VA 20171

The Honorable Peter J. Messitte
Senior United States District Court Judge
Director of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Honorable Judge Peter J. Messitte, My name is Andrew Dixon. I am an CAS Officer for a private security company called Constellis.

Please accept this letter on my behalf for Jovan Eric Bell as my personal witness of his character. I have known Jovan for over 10 years and throughout our relationship, I have consistently been impressed by Jovan's character and integrity. He has always demonstrated kindness, honesty, and a strong sense of responsibility. Jovan has been a reliable friend, a supportive family member, and an active participant in his Church community.

Jovan has alway been someone that any of our friends could rely on. On numerous occasions he has gone out of his way to help others especially in offering support during difficult times. During the period where I was unemployed for approximately a year, Jovan would always go above and beyond wheter that would be sending me job listings, helping me write my resume, giving advice on career opportunities, and prepping me for interviews. I honestly don't know how he finds time throughout the day to be help people and be an amazing father to his daughter Lennox. Watching him take on role of being an active parent has even inspired me to want to be the type of father like him one day. Even though I am older than Jovan he is someone that I myself look up to and strive to be as hard working.

I am aware of the seriousness of the charges and fully respect the judicial process. However, I firmly believe that Jovan's actions in this case do not fully reflect the person I have come to know. He has expressed genuine remorse and a strong desire to make amends for His actions. I believe that he is truly remorseful and has taken positive steps to ensure such mistakes are not repeated.

I respectfully request that you consider these factors in your deliberation. I thank you for taking the time to read this letter.

Respectfully,                                                                 07/27/2024

Andrew Shannon Dixon
drewdixon301@gmail.com

Ramin Nadjmabadi

17517 Lafayette Drive

Olney, Maryland, 20832

Ramin.nadjmabadi@gmail.com

240-444-1182

07/26/2024


Honorable Judge Peter J. Messitte

United States District Court

District of Maryland

6500 Cherrywood Lane

Greenbelt, MD 20770


Dear Judge Messitte,


My name is Ramin Nadjmabadi. I work for DesignDATA as a service desk engineer and I also have my own Airbnb Business. I am writing to you today regarding my dear friend, Jovan Bell. I have had the privilege of knowing Jovan since 2014, and I can confidently say that he is a remarkable individual who exemplifies the qualities of a great person, a hard worker, and a dedicated family man.

Throughout the years, Jovan has consistently demonstrated a strong work ethic and an unwavering commitment to his responsibilities. His dedication to his job is evident in the way he approaches his work with diligence, integrity, and a positive attitude. He is the kind of person who always goes the extra mile to ensure that his tasks are completed to the best of his ability, often exceeding expectations.

Beyond his professional life, Jovan is a devoted family man. He places immense value on his relationships with his loved ones and strives to provide them with unwavering support

and care. His kindness, patience, and compassion make him a pillar of strength for his family and friends. Jovan's ability to balance his work and family life is a testament to his exceptional character and sense of responsibility. One of the most touching aspects of Jovan's life is his deep love for his daughter Lennox. He is a loving and attentive father who always puts her needs first, and his dedication to her well-being and happiness is truly inspiring.

Jovan has always been a friend I could depend on. In times of need, he has been there for all of us, offering support and a listening ear. His reliability and genuine concern for his friends have made a profound impact on my life and the lives of many others. His positive influence extends far beyond his immediate circle, touching the lives of everyone he encounters.

I hope that you will take these qualities into consideration when making your decision. Jovan Bell is truly an outstanding individual who has made significant contributions to his community and the lives of those around him. I am confident that he will continue to do so in the future.

Thank you for taking the time to read my letter and consider my perspective on Jovan. If you have any questions or require further information, please do not hesitate to contact me.

Sincerely,

Ramin Nadjmabadi

Olufemi Odujinrin
Business Process Dev Senior Analyst at Accenture Federal Services
800 N Glebe Rd Ste 300
Arlington, VA, 22203-2151

The Honorable Peter J. Messitte
Senior United State District Court Judge
Director of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Honorable Judge Peter J. Messitte,

My name is Olufemi Odujinrin. I am a Senior Business Process Analyst at Accenture Federal Services.

I am writing today on behalf of Jovan Bell and my personal testament to his character. I have known Jovan since 2009 and was introduced to him by his cousin Marcus Campbell, who I am also great friends with. We connected on many things such as sports, business ideas, and even favorite TV shows. He is a few years younger than me so I was always impressed by the fact that he would align himself with older groups of people and ask questions. These questions could vary from college courses to stock options, or even recommended books on financial literacy.

As we all got older, I noticed an acceleration in Jovan's drive to work hard and be successful, especially when his daughter Lennox was born. We used to go out as a group and have a good time on weekends and I can count many times where Jovan would tell us he could not go with us because he was with Lennox and he promised to spend time with her. While we did miss him, we all were and still are proud of the man Jovan has become and his prioritization of his responsibilities. There were also many times when if we did meet with Jovan to play basketball or for cookouts, he would always make sure Lennox was there and had food, and a place to play. In 2018 I decided to change careers from Electrical Engineering to IT, which required a lot of studying and personal time management. While going through this change, Jovan also was pivoting towards an IT career and actually was able to help me get to where I am now. We would study together, exchange notes and even quiz each other on different Tech courses we were taking. There were plenty of days where the transition seemed somewhat hopeless and impossible, from the job interviews not going well, to the courses becoming very challenging. One of the days I was very discouraged, and Jovan told me "Sometimes Femi you need to keep pushing forward and speak these chances into existence and be ready for them", this always stuck with me.

I was also one of the first people he spoke to about being baptized and turning his life over to God. I noticed the change in the way Jovan would voice his opinion on certain subjects that he was becoming a better person. I do know Jovan has made mistakes in the past, just as we all have, but I do know he is remorseful and takes full accountability for his actions. Many others and I can attest to his character and growth. I ask for leniency in your judgment over the pending situation and fully believe he needs a second chance to keep growing as a man, a friend, ad a loving father. Thank you for your time and hopefully understanding.

Thank you,

*[signature]*

Olufemi Odujinrin

Jhakief O'Neal

12404 Ellen Ct

Silver Spring, MD 20904


The Honorable Peter J. Messitte

Senior United States District Court Judge Director of Maryland

6500 Cherrywood Lane

Greenbelt, MD 20770


Dear Honorable Judge Peter J. Messitte,

My name is Jhakief O'Neal I Hold a US Coast Guard masters license and I am a part owner of several small business from Maryland to the US Virgin Islands

I am writing to you to offer my support and provide a character reference for Jovan Bell, whom I have had the pleasure of knowing for nearly 15 years. Jovan and I met in 2011 through his cousin Marcus, and since then, he has become an integral part of our close-knit group of friends.

Our group, consisting of about 16 young men, has grown to be more like a family over the years. We have shared many significant life experiences, including vacations, weddings, and even working together in varying capacities. Throughout these experiences, I have had the opportunity to observe Jovan's character and values closely.

Jovan is a devoted father to his daughter, Lennox. He spends much of his time with her, and it is evident that his relationship with her is one of the most important aspects of his life. His dedication and love for Lennox highlight his responsible and caring nature.

In addition to being a loving father, Jovan has always demonstrated integrity, kindness, and a strong sense of community. He is the type of person who is always willing to lend a helping hand and offer support to a friend in need. His positive attitude and genuine care for others make him a respected and valued member of our group.

Personally, Jovan has helped me on many different occasions. He has provided invaluable advice pertaining to business matters and has volunteered his time to assist me when I've been in a pinch and needed extra crew on board a yacht. His willingness to go above and beyond to help others speaks volumes about his character and reliability.

Jovan's contributions to our community and his role as a father underscore his commitment to leading a responsible and upright life. I firmly believe that his actions and character reflect

positively on him, and I hope that this letter helps to convey the positive impact he has on those around him.

Thank you for considering my perspective on Jovan Bell. I am confident that he will continue to demonstrate the same values and dedication that I have seen in him over the past years.

Thank You,

Jhakief O'Neal

Thank you so much for taking the time to read my character letter on Jovan, based on my personal experience with him. I hope this helps you make a fair decision in this matter.

Date: 7/29/2024

Charles Sanders
3504 Childress Terrace
Burtonsville, MD 20866
Charles.sanders1@icloud.com
240-278-5717

July 29, 2024

Honorable Peter J. Messitte
Federal Court of MD
6500 Cherrywood Lane
Beltsville, MD 20770

Dear Honorable Peter J. Messitte,

My name is Charles Sanders, and I have been working in the IT industry for the past ten years. I am writing this letter to express my wholehearted support and admiration for Jovan Bell, whom I have had the privilege of knowing for two decades. Our connection runs deep, as Jovan's parents and my grandparents were neighbors for over 15 years, creating a bond between our families that has stood the test of time.

Jovan and I have shared countless memories, particularly on the basketball court. We played together regularly and often took the initiative to replace the neighborhood basketball nets at least once a year. Jovan always encouraged the local kids to join us in playing, demonstrating his commitment to community involvement and mentorship. His thoughtful nature and dedication to others were evident in these moments.

Moreover, Jovan is an outstanding father to his daughter, whom he cares for with unwavering love and devotion. His ability to balance the responsibilities of parenthood while maintaining strong ties to friends and family speaks volumes about his character.

Jovan is not only a remarkable individual but also a cherished friend of the family. His kindness, integrity, and reliability make him someone I am proud to know and support.

Thank you for taking the time to consider this character reference. I am confident that Jovan Bell will continue to have a positive impact on everyone he encounters.

Sincerely,

*Charles Sanders*

Charles Sanders

The Honorable Peter J. Messitte
Senior United State District Court Judge
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Honorable Judge Peter J. Messitte,

My name is Jovon Savage and I am writing you this letter to tell you about my cousin Jovan's Character. I have known Jovan for most of his life, I've known him to be a great father, a great cousin and a very helpful person when needed. He is a jack of all trades. In the past few years I've seen Jovan join his church in getting baptized and playing a role in his community helping with different events to make the youth stronger.

How many times in life have you done something regretfully causing serious consequences? All you can do is learn from experience and know it will never happen again! Jovan has a feeling of remorse for all his actions. There is not a day that goes by that he doesn't vow to never place himself in any such situation again. From my observation over the past few years, I can confidently assure you that he has learned from this experience.

He continues to be an active part of his daughter's life teaching her positive behaviors and leading by example. Jovan is a God-fearing man, father, son, friend, and community supporter. Please allow him to continue to grow, share his experiences with his daughter, mother, family, seniors, and community! We all make mistakes. Jovan has NO previous records and has relentlessly shown his ability to overcome tough circumstances and not fall victim to seeking the easy way out! Please give him another chance to soar and share his charitable and honorable deeds. We all need him!

Sincerely,

*Jovon Savage*

Jovon Savage